UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHASTITY PACTWA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:08-CV-00184 |
| v. ) | Judge Varlan/Guyton |
| ) | |
| UNITED STATES OFFICE OF PERSONNEL ) | |
| MANAGEMENT OFFICE OF FEDERAL ) | |
| EMPLOYEES' GROUP LIFE INSURANCE and ) | |
| FEDERAL EMPLOYEES' GROUP LIFE ) | |
| INSURANCE PROGRAM, ) | |
| ) | |
| Defendants. ) | |

## MOTION OF UNITED STATES TO DISMISS

The United States Office of Personnel Management, by and through James R. Dedrick, United States Attorney for the Eastern District of Tennessee, pursuant to Rule 12(b)(1), Federal Rules of Civil Procedure, hereby moves for dismissal of Chasity[1] Pactwa's (Plaintiff's) Complaint against the United States Office of Personnel Management. In support of this motion, Defendant submits contemporaneously with this motion the Declaration of R. Alan Miller and the Memorandum in Support of Motion to Dismiss.

                                                      Respectfully submitted,

                                                      JAMES R. DEDRICK
                                                      United States Attorney

                                      By:  s/ William J. Monahan
                                             William J. Monahan, GA Bar No. 801028
                                           Assistant United States Attorney
                                           800 Market St., Suite 211
                                           Knoxville, TN 37902
                                           (865) 545-4167

---

[1] Plaintiff's Complaint incorrectly identifies Plaintiff in the caption of the case by the name of "Chastity." *See* Compl. (Doc. No. 1), ¶ 1.

CERTIFICATE OF SERVICE

      I hereby certify that on October 01, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      s/ William J. Monahan
      William J. Monahan, GA Bar No. 801028